**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 14-7391**

───────────────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

BRUCE LEE RICHARDSON, a/k/a Chino,

             Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City. Martin K. Reidinger, District Judge. (2:06-cr-00010-MR-DLH-1)

───────────────

Submitted: December 16, 2014      Decided: December 19, 2014

───────────────

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Bruce Lee Richardson, Appellant Pro Se. Donald David Gast, Assistant United States Attorney. Asheville, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Lee Richardson appeals the district court's order denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Richardson, No. 2:06-cr-00010-MR-DLH-1 (W.D.N.C. Sept. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED